UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott Clare, Neil Long, and Innovative
Truck Storage, Inc.,

      Plaintiffs,

v.

Chrysler Group LLC,

      Defendant.
                                     /

Case No. 13-11225

Honorable Nancy G. Edmunds

## JUDGMENT

For the reasons set forth in its Opinion and Order Granting Defendant's Motion for Summary Judgment, the Court hereby GRANTS Defendant's motion for summary judgment and DISMISSES this case WITH PREJUDICE.

SO ORDERED

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: December 4, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2014, by electronic and/or ordinary mail.

                        s/Carol J. Bethel
                        Case Manager